UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ANDERSON,

        Plaintiff,

   v.

SAN FRANCISCO PROBATION DEPARTMENT, et al.,

        Defendants.

Case No. 16-cv-04509-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a detainee. In the initial review order on November 18, 2016, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint. This case is **DISMISSED** for failure to state a claim as described in the prior order.

    **IT IS SO ORDERED.**

Dated: January 17, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO PROBATION DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-04509-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred J. Anderson
850 Bryant Street
Room 442
San Francisco, CA 94103

Dated: January 17, 2017

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Lisa R. Clark
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO